UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN DOMONIC BELL,

        Petitioner,

  v.

KAREN ARNOLD,

        Respondent.

CASE NO. 2:25-cv-01320-BHS-GJL

ORDER TO SHOW CAUSE OR PAY FILING FEE

This 28 U.S.C. § 2254 habeas action has been referred to United States Magistrate Judge Grady J. Leupold. Petitioner Justin Bell, proceeding *pro se,* initiated this action by filing an Application to Proceed *In Forma Pauperis* ("IFP"), a summary of his Prison Trust Account Statement, and proposed federal habeas Petition. Dkts. 1, 5. Upon review of his IFP Application and supporting materials, the Court finds that Petitioner can afford the $5.00 filing fee. Thus, before he may proceed in this action, Petitioner must either pay the filing fee or provide an explanation of why he cannot.

      The right to proceed IFP is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Rather, proceeding IFP is a matter within the sound discretion of the trial court in civil

actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). In his IFP Application, Petitioner states that he has $31.00 cash on hand, and the summary of his Prison Trust Account Statement shows a current balance of $384.01. Dkt. 5 at 3, 5.

Based on the information provided, the Court finds that Petitioner can afford to pay the $5.00 filing fee. Accordingly, Petitioner is **ORDERED** to accomplish one of the following on or before **September 8, 2025**:

1. **SHOW CAUSE** why his IFP Application should not be **DENIED** based on his ability to pay; or
2. Pay the $5.00 filing fee.

Petitioner is **ADVISED** that failure to show cause or pay filing fee by the stated deadline shall be deemed a failure to properly prosecute this matter and **MAY** result in a recommendation this action be **DISMISSED**.

Dated this 7th day of August, 2025.

Grady J. Leupold
United States Magistrate Judge