1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

JUSTIN DOMONIC BELL,

CASE NO. C25-1320 BHS

Petitioner,

ORDER

9

v.

10

KAREN ARNOLD,

11

Respondent.

12

13      THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's

14  Report and Recommendation (R&R), Dkt. 18, recommending the Court deny with

15  prejudice pro se petitioner Justin Bell's § 2254 habeas petition, and to not issue a

16  certificate of appealability. The R&R concludes that Bell's Grounds 1 and 2 are

17  procedurally defaulted because he failed to exhaust his state court remedies, and that the

18  state courts' adjudication of his Grounds 3 and 4 was not contrary to, nor an unreasonable

19  application of, state law.

20      A district judge must determine de novo any part of the magistrate judge's

21  disposition to which a party has *properly* objected. The Court must modify or set aside

22  any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

The Court may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection requires specific written objections to the findings and recommendations in the R&R. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Bell has not objected to the R&R, and it is not clearly erroneous or contrary to law. It is instead correct, and it is **ADOPTED**. Bell's § 2254 habeas petition, Dkt. 9, is **DENIED** and the case is **DISMISSED** with prejudice. For the reasons articulated in the R&R, the Court will not issue a § 2253(c) certificate of appealability.

The Clerk shall enter a **JUDGMENT** and close the case.

IT IS SO ORDERED.

Dated this 5th day of January, 2026.

_____
BENJAMIN H. SETTLE
United States District Judge